UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED

JAN 2 2 2021

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. |
| MICHAEL ROBINSON, | ) 1:21-cr-0009 TWP-MJD |
| Defendant. | ) |

## INDICTMENT

### COUNT 1

18 U.S.C. § 1951(a)
(Interference with Commerce by Robbery)

The Grand Jury charges that:

At all times material to this Indictment, the Walgreens Pharmacy located at 1424 South Rangeline Road in Carmel, Hamilton County, Indiana, was engaged in the operation of a pharmacy, open to the public in interstate commerce and in an industry that affects interstate commerce.

On December 26, 2020, in the Southern District of Indiana, Indianapolis Division, MICHAEL ROBINSON, the defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce by means of robbery, in that the defendant MICHAEL ROBINSON, did unlawfully take and obtain property from the person of, or in the presence of, an employee of the

Walgreens Pharmacy against his/her will by means of actual and threatened force, violence, and fear of injury to his/her person, that is, by taking controlled substances from an employee of the Walgreens Pharmacy.

All in violation of Title 18, United States Code, Section 1951(a).

A TRUE BILL:

JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Peter A. Blackett
Assistant United States Attorney